UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Lacey Fredrickson; John and Jane Does Arrestees as Members of the Class Action,<br><br>Plaintiffs,<br>v.<br><br>City of Bellevue; South Correctional Entity (a/k/a "SCORE"),<br><br>Defendants. | No. 2:21−CV−01517−JCC<br><br>STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE AMENDED COMPLAINT<br><br>NOTED FOR CONSIDERATION MAY 26, 2022 |

## I.  STIPULATION

COME NOW the parties hereto, by and through their respective counsel of record, hereby stipulate that Plaintiff Lacey Fredrickson ("Fredrickson") may file the Amended Complaint attached hereto as **Exhibit A**.

This stipulation is entered pursuant to FRCP 15(a).

DATED this 25th day of May 2022.

| FREY BUCK, P.S. | ARETE LAW GROUP, PLLC |
|---|---|
| By: *[signature]*<br>Mark Conrad, WSBA #48135<br>Ted Buck, WSBA #22029<br>Evan Bariault, WSBA #42867<br>*Attorneys for Plaintiffs* | By: */s/ Jonah Harrison*<br>Jonah Harrison, WSBA #34576<br>Denise Ashbaugh, WSBA #28512<br>*Attorneys for Defendant City of Bellevue* |

STIPULATION AND [PROPOSED] ORDER FOR LEAVE TO FILE AMENDED COMPLAINT
PAGE 1 OF 2

FREY BUCK, P.S.
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000  F: (206) 902-9660

LAW, LYMAN, DANIEL, KAMERRER & OGDANOVICH

By: */s/ John E. Justine*
John E. Justice, WSBA #23042
Amanda Bley Kuehn, WSBA #42450
*Attorneys for Defendant SCORE*

## II.   ORDER

The parties having so stipulated, and the Court having reviewed the Stipulation, it is hereby ORDERED, ADJUDGED, and DECREED as follows:

1. Plaintiff is granted leave to file the attached Amended Complaint.

DATED this 7th day of June 2022.

_____
THE HONORABLE JOHN C. COUGHENOUR

*Presented by:*

FREY BUCK, P.S.

By: _____
Mark Conrad, WSBA #48135
Ted Buck, WSBA #22029
Evan Bariault, WSBA #42867
*Attorneys for Plaintiffs*

*Notice of Presentation Waived; Approved as to Form:*

ARETE LAW GROUP, PLLC

By: */s/ Jonah Harrison*
Jonah Harrison, WSBA #34576
Denise Ashbaugh, WSBA #28512
*Attorneys for Defendant City of Bellevue*

LAW, LYMAN, DANIEL, KAMERRER & OGDANOVICH

By: */s/ John E. Justine*
John E. Justice, WSBA #23042
Amanda Bley Kuehn, WSBA #42450
*Attorneys for Defendant SCORE*

STIPULATION AND [PROPOSED] ORDER FOR
LEAVE TO FILE AMENDED COMPLAINT
PAGE 2 OF 2

FREY BUCK, P.S.
1200 FIFTH AVENUE, SUITE 1900
SEATTLE, WA 98101
P: (206) 486-8000  F: (206) 902-9660