THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT WASHINGTON

| | |
|---|---|
| LACEY FREDRICKSON, *et al.*, | CASE NO. C21-1517-JCC |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| CITY OF BELLEVUE, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation and proposed order for voluntary dismissal (Dkt. No. 45). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a case may be dismissed without a court order if there is a "stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' stipulation here is self-executing and this action is DISMISSED with prejudice, with each party to bear its own attorney fees and other litigation expenses. The Clerk is DIRECTED to terminate all outstanding motions and close this case.

//

//

//

DATED this 18th day of May 2023.

MINUTE ORDER
C21-1517-JCC
PAGE - 1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

<u>Ravi Subramanian</u>
Clerk of Court

<u>s/Samantha Spraker</u>
Deputy Clerk